**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01172-CV

### IN RE STEVEN B. AUBREY, Relator

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-01486-3**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/ MICHAEL J. O'NEILL
   JUSTICE